**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Alexandria Marrujo and Allied Stone, Inc. v. Wisenbaker
                          Builder Services, Inc.

Appellate case number:    01-19-00056-CV

Trial court case number:  2018-54748

Trial court:              295th District Court of Harris County

This Court's April 9, 2019 Order of Abatement had abated and remanded this case for the district court to rule on appellants' "Motion for Issuance of Findings on its Motion to Dismiss and Request for Rulings on Objections," including the findings of fact required by Section 27.007(a).  *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 27.007(a) (West 2014). On June 4, 2019, the district clerk filed a third supplemental clerk's record including the trial court's findings of fact and conclusions of law, required by Texas Civil Practice Remedies Code § 27.007(a), and the order on appellants' objections, both signed on May 24, 2019.  Because the reporter's record was already filed on February 6, 2019, the appellate records are complete.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket.  Appellants' brief is **ORDERED** to be filed within **30 days** of the date of this order.  *See* TEX. R. APP. P. 2, 38.6(a)(1).

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____
                          ☒ Acting individually    ☐ Acting for the Court
Date: ___June 6, 2019____